1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANNA WOODARD,

        Plaintiff,

vs.

GILD, INC.,

        Defendant.

Case No.   3:16-cv-02486-JCS

[~~PROPOSED~~] ORDER OF DISMISSAL

Before the Court is the Stipulation of Plaintiff Anna Woodard and Defendant Gild, Inc. to dismiss the above-captioned action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). After consideration of the same and all evidence presented, the Court is of the opinion that said stipulation should be GRANTED.

    IT IS THEREFORE ORDERED that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: September 12, 2016

By: _____
Judge Joseph C. Spero